UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration
Between

TUBE CITY IMS, LLC,

                Petitioner,

-against-

ANZA CAPITAL PARTNERS LLC,

                Respondent.

Case No. 14-Civ.-1783

**CERTIFICATE OF SERVICE**

      I, Justin Gunnell, certify under penalties of perjury that on **March 17, 2014**, I served copies of the (1) Notice of Petition to Confirm Arbitration Award; (2) Petition to Confirm Arbitration Award; (3) Petitioner's Rule 7.1 Corporate Disclosure Statement; (4) Individual Rules of Practice in Civil Cases of Judge Paul A. Engelmayer; and (5) Electronic Case Filing Rules & Instructions of the U.S. District Court for the Southern District of New York on Respondent Anza Capital Partners LLC ("Anza") pursuant to 9 U.S.C. § 9 by causing the aforementioned documents to be sent to Anza's principal place of business by U.S. mail and to Anza's counsel, Michael Levine Esq., by U.S. mail and email at the addresses below.

        Anza Capital Partners LLC
        333 East 45th Street, Suite 26A
        New York, New York 10017

        Michael Levine, Esq.
        Levine & Associates, P.C.
        15 Barclay Road
        Scarsdale, New York 10583
        Email: ml@levlaw.org

                              Justin J. Gunnell