UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration
Between

TUBE CITY IMS, LLC,

                Petitioner,

  -against-

ANZA CAPITAL PARTNERS LLC,

                Respondent.

Case No. 14-Civ.-1783

**CERTIFICATE OF SERVICE**

I, Justin Gunnell, certify under penalties of perjury that on November 19, 2014, I served a copy of the November 14, 2014 Opinion and Order by causing the aforementioned document to be sent to Anza Capital Partners LLC's ("Anza") principal place of business by certified mail; to Anza's counsel, Michael Levine Esq., by certified and electronic mail; and to Joseph Anza's residence at the addresses below.

        Anza Capital Partners LLC
        333 East 45th Street, Suite 26A
        New York, New York 10017

        Michael Levine, Esq.
        Levine & Associates, P.C.
        15 Barclay Road
        Scarsdale, New York 10583
        Email: ml@levlaw.org

        Joseph Anza
        40 Herrmann Lane
        Easton, Connecticut 06612

                                /s/ Justin J. Gunnell
                                Justin J. Gunnell