UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>TUBE CITY IMS, LLC,<br><br>　　　　　　　　　　　Petitioner,<br><br>　-against-<br><br>ANZA CAPITAL PARTNERS LLC,<br><br>　　　　　　　　　　　Respondent. | Case No. 14-Civ.-1783<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Justin Gunnell, certify under penalties of perjury that pursuant to the Court's Corrected *Ex Parte* Order of Attachment and Schedule of Turnover Motion ("Attachment Order"), on **June 15, 2014**, I served copies of the following documents: **Notice of Motion dated June 10, 2016; Memorandum of Law in Support of Petitioner Tube City IMS, LLC's Motion to Confirm Attachment; Declaration of Justin Gunnell in Support dated June 10, 2016; Exhibits 1-8; Notice of Motion dated June 13, 2016; Memorandum of Law in Support of Petitioner Tube City IMS's Motion for Turnover Order Against Recipients of Fraudulent Transfers Joseph V. Anza, Alexandra Anza, Omni Steel Supply LLC, and JVA Partners Ltd; Declaration of Justin Gunnell in Support dated June 13, 2016; and Exhibits 1-25** ("Service Documents"); by causing the aforementioned Service Documents to be mailed to **Anza Capital Partners LLC**, **Joseph V. Anza**, **Alexandra Anza, Omni Steel Supply LLC, JVA Partners, Ltd., Michael Levine, Esq., and JPMorgan Chase Bank, N.A** by Federal Express at the addresses set forth below:

　　　　　　　　　　　**Anza Capital Partners LLC**
　　　　　　　　　　　333 East 45th Street, Suite 26A
　　　　　　　　　　　New York, NY 10017

**Anza Capital Partners LLC**
c/o Joseph V. Anza
40 Herrmann Lane
Easton, CT 06612

**Joseph V. Anza**
40 Herrmann Lane
Easton, CT 06612

**Alexandra Anza**
40 Herrmann Lane
Easton, CT 06612

**Omni Steel Supply LLC**
145-64 Liberty Avenue
Jamaica, NY 11435

**Omni Steel Supply LLC**
c/o Joseph V. Anza
40 Herrmann Lane
Easton, CT 06612

**JVA Partners, Ltd.**
333 East 45th Street, Suite 26A
New York, NY 10017

**JVA Partners, Ltd.**
c/o Joseph V. Anza
40 Herrmann Lane
Easton, CT 06612

**Michael Levine, Esq.**
Levine & Associates, P.C.
15 Barclay Road
Scarsdale, NY 10583

**JPMorgan Chase Bank, N.A.**[1]
28 Liberty St,
New York, NY 10005

---

[1] Pursuant to the Attachment Order, JPMorgan Chase Bank, N.A was served only with copies of the Notice of Motion dated June 10, 2016; Memorandum of Law in Support of Petitioner Tube City IMS, LLC's Motion to Confirm Attachment; Declaration of Justin Gunnell in Support dated June 10, 2016; and Exhibits 1-8.

Copies of the Federal Express delivery receipts are attached hereto as **Exhibit B**.

FURTHER: I, certify under penalties of perjury that on **June 15, 2016**, I caused copies of the aforementioned Service Documents to be delivered to Demovsky Lawyer Service, a New York based process service company, so that service could be carried out pursuant to the Attachment Order by delivery of the Service Documents to persons of suitable age and discretion willing to accept the papers, or if no such persons can be found upon the first attempt, by affixing the papers to the door(s) at the addresses set forth below:

>**Anza Capital Partners LLC**
>333 East 45th Street, Suite 26A
>New York, NY 10017
>
>**Anza Capital Partners LLC**
>c/o Joseph V. Anza
>40 Herrmann Lane
>Easton, CT 06612
>
>**Joseph V. Anza**
>40 Herrmann Lane
>Easton, CT 06612
>
>**Alexandra Anza**
>40 Herrmann Lane
>Easton, CT 06612
>
>**Omni Steel Supply LLC**
>145-64 Liberty Avenue
>Jamaica, NY 11435
>
>**Omni Steel Supply LLC**
>c/o Joseph V. Anza
>40 Herrmann Lane
>Easton, CT 06612
>
>**JVA Partners, Ltd.**
>333 East 45th Street, Suite 26A
>New York, NY 10017

**JVA Partners, Ltd.**
c/o Joseph V. Anza
40 Herrmann Lane
Easton, CT 06612

**Michael Levine, Esq.**
Levine & Associates, P.C.
15 Barclay Road
Scarsdale, NY 10583

Copies of the affidavits of service establishing that service was carried out pursuant to the Attachment Order on the above recipients by Demovsky Lawyer Service on June 16, 2016 are attached hereto as **Exhibit C**.

FURTHER: I, certify under penalties of perjury that on **June 17, 2016**, pursuant to the Attachment Order I sent copies of the Service Documents by electronic mail to Michael Levine, Esq. at ml@levlaw.org.  Copies of the emails attaching the Service Documents sent to Mr. Levine, and confirmation of electronic delivery, are attached hereto as **Exhibit C**.

Thus, service pursuant to the Attachment Order was fully and completely effectuated on **June 17, 2016**.  Accordingly, pursuant to the Attachment Order, opposition papers, if any, in response to Petitioner Tube City IMS, LLC's **Motion to Confirm Attachment** are due on or before **July 1, 2016** and opposition papers, if any, in response to **Petitioner Tube City IMS's Motion for Turnover Order Against Recipients of Fraudulent Transfers Joseph V. Anza, Alexandra Anza, Omni Steel Supply LLC, and JVA Partners Ltd** are due on or before **July 8, 2016**.

Dated: June 17, 2016
       New York, New York

                                        /s/    Justin J. Gunnell
                                                Justin J. Gunnell